RECEIVED    UNITED STATES DISTRICT COURT    FILED

FEB - 7 2008 FOR THE NORTHERN DISTRICT OF CALIFORNIA    MAR - 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NATIONAL LABOR RELATIONS BOARD

Applicant,

v.

SERVICE EMPLOYEES INTERNATIONAL
UNION, LOCAL 535,  SERVICE
EMPLOYEES INTERNATIONAL UNION,
LOCAL 616, SERVICE EMPLOYEES
INTERNATIONAL UNION, LOCAL 616
HOME HEALTH CARE, SERVICE
EMPLOYEES INTERNATIONAL UNION,
LOCAL 790, SERVICE EMPLOYEES
INTERNATIONAL UNION, LOCAL 1021 and
JOSIE MOONEY, DAMITA DAVIS-
HOWARD and FRAN JEFFERSON

Respondents.

Case No.:

CV 08-80018 MISC.

ORDER TO SHOW CAUSE
[PROPOSED]

The National Labor Relations Board (herein called the Board), by its General Counsel, and by William A. Baudler, Regional Attorney for Region 32, has applied for an order directing Service Employees International Union, Local 535 (herein called Respondent Local 535), Service Employees International Union, Local 616 (herein called Respondent Local 616), Service Employees International Union, Local 616 Home Health Care (herein called Respondent Local 616H), Service Employees International Union, Local 790 (herein called Respondent Local 790), Service Employees International Union, Local 1021 (herein called Respondent Local 1021), and Josie Mooney (herein called Respondent Mooney), Damita Davis-Howard (herein called Respondent Davis-Howard) and Fran Jefferson (herein called Respondent Jefferson) to

1  obey certain subpoenas *duces tecum* and/or subpoenas *ad testificandum* (herein called the

2  Application).  Having shown good cause,

3         IT IS ORDERED that Respondent Local 535 appear before this Court at the United

4  States Court House in ~~Oakland~~ San Jose, California on the **29th** day of __April__, 2008 at **10:00 a.m.**

5  as soon thereafter as Counsel can be heard, and then and there show cause why, if any there be,

6  an order should not issue directing Respondent Local 535's custodian of records to appear before

7  a Board Agent at such time and place as the Board Agent may designate, and there and then to

8  produce the documents requested in subpoena *duces tecum* No. B-450893, and to answer,

9  through sworn affidavit or deposition, at the discretion of the Regional Director of Region 32 of

10 the Board, any and all questions relevant and material to the subpoenaed documents relating to

11 the proceedings before the Board in Board Cases 32-CA-23028 and 32-CA-23123 now pending

12 before the Board pursuant to Section 10 of the National Labor Relations Act, as amended [29

13 U.S.C. § 151 et seq.]; and

14        IT IS FURTHER ORDERED that Respondent Local 616 appear before this Court at the

15 United States Court House in ~~Oakland~~ San Jose, California on the **29th** day of __April__, 2008 at

16 **10:00 a.m.** or as soon thereafter as Counsel can be heard, and then and there show cause why, if

17 any there be, an order should not issue directing Respondent Local 616's custodian of records to

18 appear before a Board Agent at such time and place as the Board Agent may designate, and there

19 and then to produce the documents requested in subpoena *duces tecum* No. B-450894, and to

20 answer, through sworn affidavit or deposition, at the discretion of the Regional Director of

21 Region 32 of the Board, any and all questions relevant and material to the subpoenaed

22 documents relating to the proceedings before the Board in Board Cases 32-CA-23029 and 32-

23 CA-23120 now pending before the Board pursuant to Section 10 of the National Labor Relations

24 Act, as amended [29 U.S.C. § 151 et seq.]; and

25

1   IT IS FURTHER ORDERED that Respondent Local 616H appear before this Court at the

2   United States Court House in ~~Oakland~~ San Jose, California on the **29th** day of __April__, 2008 at

3   **10:00 am** or as soon thereafter as Counsel can be heard, and then and there show cause why, if

4   any there be, an order should not issue directing Respondent Local 616's custodian of records to

5   appear before a Board Agent at such time and place as the Board Agent may designate, and there

6   and then to produce the documents requested in subpoena *duces tecum* No. B-450895, and to

7   answer, through sworn affidavit or deposition, at the discretion of the Regional Director of

8   Region 32 of the Board, any and all questions relevant and material to the subpoenaed

9   documents relating to the proceedings before the Board in Board Cases 32-CA-23030 and 32-

10  CA-23121 now pending before the Board pursuant to Section 10 of the National Labor Relations

11  Act, as amended [29 U.S.C. § 151 et seq.]; and

12  IT IS FURTHER ORDERED that Respondent Local 790 appear before this Court at the

13  United States Court House in ~~Oakland~~ San Jose, California on the **29th** day of __April__, 2008 at

14  **10:00 am** or as soon thereafter as Counsel can be heard, and then and there show cause why, if

15  any there be, an order should not issue directing Respondent Local 790's custodian of records to

16  appear before a Board Agent at such time and place as the Board Agent may designate, and there

17  and then to produce the documents requested in subpoena *duces tecum* No. B-450896, and to

18  answer, through sworn affidavit or deposition, at the discretion of the Regional Director of

19  Region 32 of the Board, any and all questions relevant and material to the subpoenaed

20  documents relating to the proceedings before the Board in Board Cases 32-CA-23027 and 32-

21  CA-23122 now pending before the Board pursuant to Section 10 of the National Labor Relations

22  Act, as amended [29 U.S.C. § 151 et seq.]; and

23  IT IS FURTHER ORDERED that Respondent Local 1021 appear before this Court at the

24  United States Court House in ~~Oakland~~ San Jose, California on the **29th** day of __April__, 2008 at

25  **10:00 am** or as soon thereafter as Counsel can be heard, and then and there show cause why, if

1  any there be, an order should not issue directing Respondent Local 1021's custodian of records

2  to appear before a Board Agent at such time and place as the Board Agent may designate, and

3  there and then to produce the documents requested in subpoena *duces tecum* No. B-450890, and

4  to answer, through sworn affidavit or deposition, at the discretion of the Regional Director of

5  Region 32 of the Board, any and all questions relevant and material to the subpoenaed

6  documents relating to the proceedings before the Board in Board Cases 32-CA-23024 and 32-

7  CA-23114 now pending before the Board pursuant to Section 10 of the National Labor Relations

8  Act, as amended [29 U.S.C. § 151 et seq.]; and

9        IT IS FURTHER ORDERED that Respondent Mooney appear before this Court at the

10  United States Court House in **San Jose** ~~Oakland~~, California on the **29th** day of **April**, 2008 at

11  **10:00 am**, or as soon thereafter as Counsel can be heard, and then and there show cause why, if

12  any there be, an order should not issue directing Respondent Mooney to appear before a Board

13  Agent at such time and place as the Board Agent may designate, and there testify and answer,

14  through sworn affidavit or deposition, at the discretion of the Regional Director of Region 32 of

15  the Board, any and all questions relevant and material to the matters under investigation and in

16  question in the proceedings before the Board in Board Cases 32-CA-23027 and 32-CA-23122 as

17  required by subpoena *ad testificandum* No. A-740578; and

18        IT IS FURTHER ORDERED that Respondent Davis-Howard appear before this Court at

19  the United States Court House in **San Jose** ~~Oakland~~ California on the **29th** day of **April**, 2008

20  at **10:00 am**, or as soon thereafter as Counsel can be heard, and then and there show cause why,

21  if any there be, an order should not issue directing Respondent Davis-Howard to appear before a

22  Board Agent at such time and place as the Board Agent may designate, and there testify and

23  answer, through sworn affidavit or deposition, at the discretion of the Regional Director of

24  Region 32 of the Board, any and all questions relevant and material to the matters under

25  investigation and in question in the proceedings before the Board in Board Cases 32-CA-23024,

1 | 32-CA-23028, 32-CA-23114 and 32-CA-23123 as required by subpoena *ad testificandum* No. A-

2 | 740575; and

3 |      IT IS FURTHER ORDERED that Respondent Jefferson appear before this Court at the

4 | United States Court House in ~~Oakland~~, **San Jose** California on the **29th** day of **April**, 2008 at

5 | **10:00 am**, or as soon thereafter as Counsel can be heard, and then and there show cause why, if

6 | any there be, an order should not issue directing Respondent Jefferson to appear before a Board

7 | Agent at such time and place as the Board Agent may designate, and there testify and answer,

8 | through sworn affidavit or deposition, at the discretion of the Regional Director of Region 32 of

9 | the Board, any and all questions relevant and material to the matters under investigation and in

10 | question in the proceedings before the Board in Board Cases 32-CA-23029, 32-CA-23030, 32-

11 | CA-23120 and 32-CA-23121 as required by subpoena *ad testificandum* No. A-740576; and

12 |      IT IS FURTHER ORDERED that Respondents file an answer to the Application with the

13 | Clerk of this Court and serve copies thereof upon Applicant at its office located at 1301 Clay

14 | Street, Oakland, California, 94612 on or before the **1st** day of **April**, 2008.

15 | Applicant's reply, if any, is due on or before the **8th** day of **April**, 2008; and

16 |      IT IS FURTHER ORDERED that service of copies of this Order and the Application

17 | upon which it is issued be made without delay upon Respondents, in any manner provided in the

18 | Federal Rules of Civil Procedure ~~by a United States Marshall~~ by an individual employed by the

19 | National Labor Relations Board, or an individual designated by the National Labor Relations

20 | Board, in accordance with Rule 4(c) of the Federal Rules of Civil Procedure, and that proof of

21 | such service be filed herein.

22 | DONE AT ~~Oakland~~ **San Jose**, California this **5th** day of **March**, 2008.

23 |

24 | _____

25 | MAGISTRATE<br>UNITED STATES ~~DISTRICT~~ JUDGE

HOWARD R. LLOYD