VINCENT A. HARRINGTON, JR., Bar No. 071119
JANNAH V. MANANSALA, Bar No. 249376
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Respondents
Service Employees International Union, Locals 535, 616, 790 and 1021

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br><br>Applicant,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 535, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 616, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 616 HOME HEALTH CARE, SERVICE EMPLOYEES INTERNATIONAL UNIOIN, LOCAL 790, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1021, JOSIE MOONEY, DAMITA-DAVIS HOWARD and FRAN JEFFERSON<br><br>Respondents. | Case No.: CV 08-80018 JF<br>*(Consolidated)*<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER** |
| NATIONAL LABOR RELATIONS BOARD<br><br>Applicant,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 521, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715, and KRISTY SERMERSHEIM,<br><br>Respondents. | Case No.: CV 07-80170 JF<br>*(Consolidated)* |

Pursuant to Local Civil Rules 6-1 and 6-2, Applicant, National Labor Relations Board, and Respondents, Service Employees International Union, Local 616, Service Employees International Union, Local 616 Home Health Care, Service Employees International Union, Local 790, Service Employees International Union, Local 1021 and Josie Moonie, Damita Davis-Howard and Fran Jefferson, all parties to the above-entitled proceeding, respectfully submit their Stipulated Request for Order Changing Time.

The parties have conferred and have determined that it will benefit all parties in this litigation if all court appearances and pleading deadlines required by the Court are postponed while the parties attempt to promptly resolve this litigation. (Declaration of Vincent A. Harrington ("Harrington Decl." ¶ 2)

The parties are unaware of any previous time modifications in this case or the related case. (Harrington Decl., ¶ 3) This stipulated request will postpone all court appearances and pleading deadlines while the parties process the withdrawal of the relevant unfair labor practices. (Harrington Decl., ¶ 4)

IT IS SO STIPULATED AND AGREED.

Dated: March 26, 2008

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: [signature]
VINCENT A. HARRINGTON
JANNAH V. MANANSALA
Attorneys for Plaintiffs

Dated: March 26, 2008

National Labor Relations Board

By: [signature]
AMY BERBOWER
Attorneys for Applicant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED : , 2008

By: ______________________________
THE HONORABLE JEREMY FOGEL
United States District Judge

118163/488443

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001



VINCENT A. HARRINGTON, JR., Bar No. 071119
JANNAH V. MANANSALA, Bar No. 249376
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Respondents
Service Employees International Union, Locals 535, 616, 790 and 1021

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br><br>Applicant,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 535, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 616, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 616 HOME HEALTH CARE, SERVICE EMPLOYEES INTERNATIONAL UNIOIN, LOCAL 790, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1021, JOSIE MOONEY, DAMITA-DAVIS HOWARD and FRAN JEFFERSON<br><br>Respondents. | Case No.: CV 08-80018 JF<br>*(Consolidated)*<br><br>**DECLARATION OF VINCENT A. HARRINGTON IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME** |
| NATIONAL LABOR RELATIONS BOARD<br><br>Applicant,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 521, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715, and KRISTY SERMERSHEIM,<br><br>Respondents. | Case No.: CV 07-80170 JF<br>*(Consolidated)* |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

I, Vincent A. Harrington, declare:

1. I am an attorney of record for the Respondents in this litigation.

2. On March 26, 2008, Respondents conferred with Applicant and all parties agreed that it would benefit the parties in this litigation to postpone all court appearances and pleading deadlines in this action because the parties will likely be able to resolve their dispute in this action in light of an agreement between the Respondent Unions and the charging party to the relevant unfair labor practices. This agreement was ratified by the membership of the charging party on March 25, 2008.

3. The parties are unaware of any previous time modifications in this action.

4. The parties' agreement will postpone all court appearances and pleading deadlines in this action, pending the Applicant's processing and formal withdrawal of the unfair labor practices relevant to this action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration was executed on this ~~18th~~ 27th day of March, 2008, in Alameda, California.

Dated: March ~~26~~ 27, 2008

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: [signature]
VINCENT A. HARRINGTON
Attorneys for Plaintiffs

118163/488456

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001