VINCENT A. HARRINGTON, JR., Bar No. 071119
JANNAH V. MANANSALA, Bar No. 249376
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

*ORDER E-FILED 3/28/2008*

Attorneys for Respondents
Service Employees International Union, Locals 535, 616, 790 and 1021

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br><br>Applicant,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 535, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 616, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 616 HOME HEALTH CARE, SERVICE EMPLOYEES INTERNATIONAL UNIOIN, LOCAL 790, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1021, JOSIE MOONEY, DAMITA-DAVIS HOWARD and FRAN JEFFERSON<br><br>Respondents. | Case No.: CV 08-80018 JF<br>*(Consolidated)*<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER** |
| NATIONAL LABOR RELATIONS BOARD<br><br>Applicant,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 521, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715, and KRISTY SERMERSHEIM,<br><br>Respondents. | Case No.: CV 07-80170 JF<br>*(Consolidated)* |

Stipulated Request to Change Time and [Proposed] Order     Case No. CV 08-80018 JF

Pursuant to Local Civil Rules 6-1 and 6-2, Applicant, National Labor Relations Board, and Respondents, Service Employees International Union, Local 616, Service Employees International Union, Local 616 Home Health Care, Service Employees International Union, Local 790, Service Employees International Union, Local 1021 and Josie Moonie, Damita Davis-Howard and Fran Jefferson, all parties to the above-entitled proceeding, respectfully submit their Stipulated Request for Order Changing Time.

The parties have conferred and have determined that it will benefit all parties in this litigation if all court appearances and pleading deadlines required by the Court are postponed while the parties attempt to promptly resolve this litigation. (Declaration of Vincent A. Harrington ("Harrington Decl." ¶ 2)

The parties are unaware of any previous time modifications in this case or the related case. (Harrington Decl., ¶ 3) This stipulated request will postpone all court appearances and pleading deadlines while the parties process the withdrawal of the relevant unfair labor practices. (Harrington Decl., ¶ 4)

IT IS SO STIPULATED AND AGREED.

Dated: March 26, 2008

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: *Jannah Manansala*
VINCENT A. HARRINGTON
JANNAH V. MANANSALA
Attorneys for Plaintiffs

Dated: March 26, 2008

National Labor Relations Board

By: *Amy Berbower*
AMY BERBOWER
Attorneys for Applicant

- 2 -
Stipulated Request to Change Time and [Proposed] Order

Case No. CV 08-80018 JF

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

1

2

3   PURSUANT TO STIPULATION, IT IS SO ORDERED.  The show cause hearing previously
    set for April 29, 2008 is continued to June 24, 2008, 10:00 a.m. in Courtroom 2.
4   Respondents' answer is due by June 3, 2008.  Applicant's reply, if any, is due by June 10, 2008.
    If this matter is resolved before then, the parties shall promptly notify the court.

5    DATED :   March 28, 2008

6                                          By:  _____
                                                ~~THE HONORABLE JEREMY FOGEL~~
7                                               ~~United States District Judge~~
                                                HOWARD R. LLOYD
8                                               United States Magistrate Judge

9

10

11  118163/488443

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 3 -

Stipulated Request to Change Time and [Proposed] Order                                   Case No. CV 08-80018 JF