UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br><br>Applicant,<br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 535, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 616, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 616 HOME HEALTH CARE, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 790, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1021 and JOSIE MOONEY, DAMITA DAVIS-HOWARD and FRAN JEFFERSON<br><br>Respondents. | Case No.: CV-08-80018-MISC-DLJ<br><br>STIPULATION OF DISMISSAL |

Applicant, National Labor Relations Board, and Respondents, Service Employees International Union, Local 535, Service Employees International Union, Local 616, Service Employees International Union, Local 616 Home Health Care, Service Employees International Union, Local 790, Service Employees International Union, Local 1021 and Josie Mooney, Damita Davis-Howard and Fran Jefferson, all parties to the above-entitled proceeding, hereby

stipulate that the above-entitled action shall be dismissed with prejudice, each party to bear its own costs, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

/s/                                 03/28/08        /s/                                03/26/08
Amy L. Berbower        Date         Vincent A. Harrington, Jr.        Date
National Labor Relations Board        Weinberg, Roger & Rosenfeld
Attorney for Applicant                     Attorney for Respondents

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATE:  4/1/08

Jeremy Fogel
UNITED STATES DISTRICT JUDGE